# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KASHANNA BRIDGES

VERSUS

BRANDON M. JONES

NO.  2025 CW 0546

**AUGUST 18, 2025**

---

In Re:    Brandon M. Jones, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 141437.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's May 1, 2025 judgment finding Brandon Jones in contempt of court and imposing punishment for such contempt is an appealable judgment. See La. Code Civ. P. art. 1915(A)(6). **Triton Diving Servs. LLC v. Offshore Marine Serv. Ass'n, Inc.**, 2023-0169 (La. App. 1st Cir. 9/21/23), 372 So.3d 832, 838-39.  Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to defendant, Brandon Jones, pursuant to his notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*).  Additionally, a copy of this court's order is to be included in the appellate record.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT